No. 482, Misc.   LUPO v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 491, Misc.   DOSTER v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   Petitioner *pro se.* *Frank J. Kelley,* Attorney General of Michigan, *Eugene Krasicky,* Solicitor General, and *Robert Weinbaum,* Assistant Attorney General, for respondent.

No. 533, Misc.   RODRIGUEZ v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.   Petitioner *pro se.*   *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *S. Clark Moore,* Deputy Attorney General, for respondent.

No. 562, Misc.   DANIELS ET AL. v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   Petitioners *pro se.*   *Frank J. Kelley,* Attorney General of Michigan, *Eugene Krasicky,* Solicitor General, and *Robert Weinbaum,* Assistant Attorney General, for respondent.

No. 582, Misc.   CHAPMAN v. COURT OF CRIMINAL APPEALS OF TEXAS ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 586, Misc.   TAFARELLA v. HAND, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 663, Misc.   VITA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Daniel H. Greenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.